WILLIAM McCRAW,
ATTORNEY GENERAL

SCOTT GAINES,
FIRST ASSISTANT

BOB GRORE,
CHIEF LAW ENFORCEMENT
OFFICER

RUTH MYERS,
CHIEF CLERK

ASSISTANTS

JOE J. ALSUP
VICTOR W. BOULDIN
J. H. BROADHURST
WM. M. BROWN
H. GRADY CHANDLER
VERNON COE
WILLIAM C. DAVIS
L. S. DUKE
W. W. HEATH
CURTIS E. HILL
WM. MADDEN HILL

W. J. (DICK) HOLT
C. M. KENNEDY
LEONARD KING
LETCHER KING
GEORGE F. KIRKPATRICK
SAM LANE
ROBERT W. McKISSICK
WILLIAM McMILLAN
M. C. MARTIN
T. P. (TED) MORROW
LEON O. MOSES
PAT M. NEFF, JR.
HARRY S. POLLARD
W. R. POPE
RUSSELL RENTFRO
TOM D. ROWELL
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
MARVIN TREVATHAN
FRED C. VARNER, JR.
EFFIE WILSON-WALDRON
CHARLES B. WALKER



## OFFICE OF THE ATTORNEY GENERAL

### AUSTIN

January 16, 1939

Hon. O. Kennedy
County Attorney
Bee County
Beeville, Texas

Dear Sir:

Opinion No. O-123
Re: Article 1055, C. C. P.

Your request for an opinion upon the question:

"Whether county attorney and officers, viz: sheriff, constable or deputy entitled to one-half of fees of persons convicted or acquitted in misdemeanor cases?"

has been received by this Department.

You are respectfully advised that Article 1055 of the Code of Criminal Procedure of Texas, as amended by the 45th Legislature, has been declared unconstitutional and void by this Department in a conference opinion. A copy of this opinion is herewith enclosed which answers your question.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Wm. J. Fanning*
Assistant

WJF:AW

ENCLOSURE

APPROVED:

*Gerald C. Mann*
ATTORNEY GENERAL OF TEXAS